Nicholas J. Bontrager, Esq (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, KENNETH LANGDON

IT IS SO ORDERED
Judge Vaughn R Walker
5/18/2010

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH LANGDON, | Case No.: CV093286 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| CREDIT MANAGEMENT, LP AKA THE CMI GROUP, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, KENNETH LANGDON, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 7, 2010                          KROHN & MOSS, LTD.


                                            By: /s/ Nicholas Bontrager
                                                Attorneys for Plaintiff
                                                KATHY PALOMO

- 1 -

VOLUNTARY DISMISSAL